UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'  JS-6

| Case No. | 2:14-CV-06478-CAS(AGRx) | Date | October 24, 2014 |
|---|---|---|---|
| Title | MICHAEL GARCIA v. ALLSTATE INSURANCE CO., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants

Not Present  Not Present

**Proceedings:** **(In Chambers:)** ORDER REMANDING CASE WITHOUT PREJUDICE TO THE REFILING OF A REMOVAL PETITION

## I. BACKGROUND AND DISCUSSION

On July 3, 2013, plaintiffs Michael and Jennifer Garcia filed a complaint in Los Angeles County Superior Court against defendants Allstate Insurance Company ("Allstate"), Graciela Vasquez ("Vasquez"), and ten Does. Dkt. No. 1. On August 18, 2014, Allstate removed the case to federal court on the basis of diversity jurisdiction, claiming that Vasquez—a California resident—was improperly joined and should be disregarded for diversity jurisdiction purposes. Id. On October 3, 2014, the Court issued an order to show cause why the case should not be remanded to state court. Dkt. No. 9.

On October 14, 2014, plaintiffs filed a notice that the case against Vasquez had settled, and that plaintiffs "are in the process of filing a dismissal against Vasquez" and "proceeding with this lawsuit solely as against defendant Allstate." Dkt. No. 10. On October 17, 2014, Allstate filed a response to the order to show cause, noting the settlement and impending dismissal of Vasquez and requesting that the Court either (1) retain jurisdiction and set an order to show cause regarding the filing of dismissal of Vasquez, or (2) remand without prejudice to Allstate refiling the removal petition once the dismissal is filed. Dkt. No. 11.

"A settlement with a non-diverse party does not establish diversity jurisdiction unless and until that party is dismissed from the action." Dunkin v. A.W. Chesterson Co., No. C 10-458 SBA, 2010 WL 1038200, at *3 (N.D. Cal. Mar. 19, 2010) (citing Self v. General Motors Corp., 588 F.2d 655, 659 (9th Cir. 1978)). Therefore, the Court concludes that the proper course is to remand this action to the Superior Court without

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'   JS-6

| Case No. | 2:14-CV-06478-CAS(AGRx) | Date | October 24, 2014 |
|---|---|---|---|
| Title | MICHAEL GARCIA v. ALLSTATE INSURANCE CO., ET AL. | | |

prejudice to the refiling of a removal petition once Vasquez has been dismissed from the case.

## II.   CONCLUSION

Based on the foregoing, this case is hereby REMANDED to the Superior Court for the County of Los Angeles.  This remand is without prejudice to the refiling of a removal petition once defendant Vasquez has been dismissed from the action.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |